JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CV 13-1415 PA (DTBx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SIDNEY COLLINS; EXCELUS LAW GROUP, INC.; and THE LAW OFFICES OF JOSHUA MILON, | |
| Defendants. | |

Pursuant to the Court's May 10, 2013 Order for Deposit into Court Registry and the Court's September 5, 2013 Minute Order granting the Petition to Confirm Arbitration Award filed by defendant Excelus Law Group, Inc. ("Excelus"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The United States of America is discharged with prejudice from all liability and obligations arising out of the settlement of the claims of defendant Sidney Collins ("Collins") in case number CV 12-2325 PA (DTBx) and the interpleading of the settlement amount into the Court's Registry;

//

//

      2.      Pursuant to the arbitrator's August 2, 2013 Amended Award, judgment is entered against Collins and in favor of Excelus in the amount of $8,167.77; and

      3.      The Clerk is ordered to disburse $8,167.77 of the interpleaded funds currently in the Court's registry to Excelus Law Group, Inc.; and

      4.      The Clerk is ordered to disburse the remaining balance of the interpleaded funds, plus any accrued interest, to Sidney Collins.

DATED: September 5, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

cc: FISCAL DEPT.